LARRY W. GABRIEL - Bar No. 68329
JENKINS MULLIGAN & GABRIEL, LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:   (818) 827-9000
Facsimile:   (818) 827-9099
Email: lgabriel@ebg-law.com

Special Litigation Counsel (Proposed) for
Bradley Sharp, Chapter 11 Trustee, Estate of
C.M. Meiers Company, Inc.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:12-bk-10229 MT |
| C.M. MEIERS COMPANY, INC., | Chapter 11 |
| Debtor. | Adv. No. 1:12-ap-01118-MT |
| BTJ INSURANCE SERVICES, LLC, | **NOTICE OF SUBPOENA TO CUSTODIAN OF RECORDS OF CALIFORNIA STATE UNIVERSITY NORTHRIDGE RE ADMISSIONS AND COMMENCEMENT RECORDS PERTAINING TO DEFENDANT JASON ADELMAN IN SUPPORT OF TRUSTEE'S JOINDER FOR ISSUANCE OF PRELIMINARY INJUNCTION** |
| Plaintiff, | |
| vs. | |
| HERBERT ROTHMAN, ERIC ROTHMAN, JASON ADELMAN, AFFINITY GLOBAL INSURANCE SERVICES, INC., DOES 1 through 10, | |
| Defendants. | Date: May 11, 2012<br>**Place:** Courtroom 302<br>United States Bankruptcy Court<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

**TO THE HONORABLE MAUREEN A. TIGHE, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, AND TO ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a Subpoena has been issued to the Custodian of Records for Student Affairs at California State University Northridge, to produce the records related to defendant

1 | Jason Adelman, as set forth in the attached Subpoena at the above-referenced hearing on the issuance
2 | of a preliminary injunction.
3 |
4 | DATED: May 4, 2012                                 JENKINS, MULLIGAN & GABRIEL, LLC
5 |
6 |                                                    By: _____
7 |                                                        Larry W. Gabriel
                                                        Proposed Special Litigation Counsel to Bradley
                                                        D. Sharp, Chapter 11 Trustee, Estate of C.M.
8 |                                                     Meiers Company, Inc.

Form 255 – Subpoena in an Adversary Proceeding (12/06) | 2006 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re: C.M. MEIERS COMPANY, INC.,<br><br>                                                Debtor<br><br>BTJ INSURANCE SERVICES, LLC,<br><br>                                                Plaintiff<br><br>v.<br><br>HERBERT ROTHMAN, et al.<br><br>                                                Defendant | **SUBPOENA IN AN ADVERSARY PROCEEDING**<br><br>Case No.*: 1:12-bk-10229-MT<br><br><br><br>Chapter: 11 |
| To: Custodian of Records, California State University Northridge, Dept of Admissions & Records, 18111 Nordhoff St., Northridge, CA | Adv. Proc. No.*: 1:12-ap-01118-MT |

[ ]  YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above adversary proceeding.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

[ ]  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above adversary proceeding.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

[x]  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All admissions records pertaining to Jason Michael Adelman, and proof of commencement (or declaration re no records re commencement, conferring of degree). Mr. Adelman is believed to have been admitted prior to the Fall semester 1995.

| PLACE<br>U.S. Bankruptcy Court<br>21041 Burbank Blvd., Courtroom 302<br>Woodland Hills, CA 91367 | DATE AND TIME<br>May 11, 2012<br>8:00 a.m. |
|---|---|

[ ]  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this adversary proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in adversary proceedings by Rule 7030, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]* Special Litigation Counsel for Bradley D. Sharp, Chapter 11 Trustee for the Estate of C.M. Meiers Company, Inc. | DATE<br>May 4, 2012 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Larry W. Gabriel, Esq.<br>Jenkins, Mulligan & Gabriel, 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, Tel. (818) 827-9000 | |

* If the bankruptcy case or the adversary proceeding is pending in a district other than the district in which the subpoena is issued, state the district under the case number or adversary proceeding number.

CCD-B255

| In re:  C.M. MEIRS COMPANY, INC., - Debtor<br>BTJ INSURANCE SERVICES V. HERBERT ROTHMAN, ERIC ROTHMAN, REBECCA ROTHMAN, JASON ADELMAN, AFFINITY GLOBAL INSURANCE SERVICES, INC | Chapter 11<br>CASE NUMBER 1:12-bk-10229-MT<br>ADV. CASE NO. 1:12-ap-01118-MT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described as the following: **NOTICE OF SUBPOENA TO CUSTODIAN OF RECORDS OF CALIFORNIA STATE UNIVERSITY NORTHRIDGE RE ADMISSIONS AND COMMENCEMENT RECORDS PERTAINING TO DEFENDANT JASON ADELMAN IN SUPPORT OF TRUSTEE'S JOINDER FOR ISSUANCE OF PRELIMINARY INJUNCTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

| In re:   C.M. MEIRS COMPANY, INC., - Debtor<br>BTJ INSURANCE SERVICES V. HERBERT ROTHMAN, ERIC ROTHMAN, REBECCA ROTHMAN, JASON ADELMAN, AFFINITY GLOBAL INSURANCE SERVICES, INC | Chapter 11<br>CASE NUMBER 1:12-bk-10229-MT<br>ADV, CASE NO. 1:12-ap-01118-MT |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 4, 2012**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**SERVED BY EMAIL**

Diane C. Stanfield - diane.stanfield@alston.com
David Gould - dgould@gglawllp.com
David N. Ruben - david.ruben@rubenandsjolander.com
Thomas K. Ledbetter - Thomas.ledbetter@rubenandsjolander.com
James A. Hayes - jhayes@cwlawyers.com
Marcy Railsabck - marcyrailsback@hotmail.com
James A. Hayes- jhayes@cwlawyers.com
Randal Ivor-Smith - rivorsmith@raineslaw.com
Sonia Lee - slee@raineslaw.com
Lawrence M. Jacobson - lmj@gfjlawfirm.com
John C. Keith - jck@vrmlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 4, 2012 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Type Name* | *Signature* |